No. 80.·  FUR WORKERS·UNION No. 21238 *v.* FUR WORKERS UNION, LOCAL No. 72, ET AL.·

Argued December 6, 1939. Decided December 11, 1939. *Per Curiam:* The judgment is affirmed. *Lauf* v. *E. G. Shinner & Co.*, 303 U. S. 323; *New Negro Alliance* v. *Grocery Co.*, 303 U. S. 552. Cf. *Senn* v. *Tile Layers Union*, 301 U. S. 468. *Mr. Irvin Goldstein* for petitioner. *Messrs. Samuel Levine, Sidney C. Schlesinger,* and *Louis B. Boudin* were on a brief for respondents.

